832 A.2d 1065

**Scott R. WENZEL, Appellant**

v.

**The COUNTY OF WARREN and The Commonwealth of Pennsylvania by and through the Department of General Services and S & A Custom Built Homes, Inc., Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 9, 2003.

Decided Sept. 30, 2003.

David Allan Bauer, for Scott R. Wenzel, Appellant.

Peter M. Good, Harrisburg, Barry N. Kramer, Philadelphia, for Dept. of General Services, Appellee.

Alan T. Schuckrow, for Warren County, Appellee.

Daniel Lawrence Sullivan, Harrisburg, for S & A Custom Built Homes, Inc., Appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

Justices NIGRO and LAMB dissent.